FILED BY _____

05 SEP 23 AM 10: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

FILED BY
cas

SEP 2 1 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**THULA THOMAS,**

**Plaintiff,**

**vs.**

**FIRST TENNESSEE BANK,**

**Defendant.**

CIVIL ACTION NO. 04-3002-BP

MOTION GRANTED _____

U.S. MAGISTRATE JUDGE

DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-23-05

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO DESIGNATE EXPERT WITNESS

Comes now the Plaintiff, by and through her counsel, and asks the Court for a forty-five (45) day extension of time in which to designate Plaintiff's expert witness in the above-styled and numbered matter and in support states:

1.    That the deadline has not passed.

2.    That discovery is not far enough along as anticipated.    That opposing counsel has spent two (2) days taking Plaintiff's deposition and is requesting another day to depose Plaintiff.

3.    That Defendant will not be prejudiced.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff moves the Court for a forty-five (45) day extension to designate Plaintiff's expert witness in the above-

1

12

styled and numbered matter up to and including November 4, 2005.    Plaintiff

files herewith a Memorandum in support.

Respectfully submitted,

By: _____
Kathleen L. Caldwell, Esq., #9916
Attorney for Plaintiff
2080 Peabody – Laird Place
Memphis, TN 38104
Telephone:  (901) 274-2075
Facsimile:   (901) 274-2085

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing **Plaintiff's Motion for Extension of Time to Designate Expert Witness** via United States Mail, postage prepaid, to:

**Frederick J. Lewis, Esq.**
**Whitney K. Fogerty, Esq.**
**Attorneys for Defendant**
**Lewis Fisher Henderson Claxton & Mulroy, LLP**
**6410 Poplar Avenue, Suite 300**
**Memphis, TN 38119**

This _____ day of September, 2005.

_____
Certifying Attorney

2

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-03002 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT