IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| THULA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-3002-BP |
| | ) | |
| FIRST TENNESSEE BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION
## FOR MODIFICATION OF SCHEDULING ORDER

Having considered the parties' Joint Motion for Modification of Scheduling Order, and finding the Motion well taken, the Joint Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that (1) Plaintiff shall have up to and including December 16, 2005 to serve any expert disclosures; (2) Defendant shall have up to and including January 16, 2006 to serve any expert disclosures; (3) the parties shall be given an additional three-months, up to and including, March 17, 2006, to complete discovery; and (4) the deadline for filing dispositive motions shall be extended for approximately three months, until April 14, 2006.

Entered this 21st day of October, 2005.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05

ORIGINAL
26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-03002 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT